UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NOAA FISHERIES, U.S. FOREST SERVICE, JACK WHITWORTH, and WHITWORTH RANCHES, INC.<br><br>    Defendants. | CASE NO. 4:12-cv-197-BLW<br><br>**ORDER APPROVING STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Plaintiff and the Federal Defendants have submitted to the Court a Stipulation regarding the Summary Judgment Briefing Schedule in this case. Plaintiff and the Federal Defendants wish to alter the briefing schedule in order to accommodate the respective schedules of the counsel that will be drafting the briefs in this case. This is the first request of its kind in the instant litigation.

IT IS ORDERED that the Unopposed Motion to Extend Briefing Schedule is GRANTED. IT IS HEREBY ORDERED that the summary judgment briefing schedule is as follows:

November 16, 2012 – Federal Defendants' Cross-Motion and Opposition

December 11, 2012 – Plaintiff's Response/Reply

January 4, 2013 – Federal Defendants' Reply



DATED: October 8, 2012

B. Lynn Winmill
Chief Judge
United States District Court