## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NOAA FISHERIES, U.S. FOREST SERVICE, JACK WHITWORTH, and WHITWORTH RANCHES, INC.<br><br>    Defendants. | CASE NO. 4:12-cv-197-BLW<br><br>**ORDER** |

Finding good cause

   NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 37) is APPROVED IN PART, and the following schedule shall govern the briefing:

December 17, 2012 – Federal Defendants' Cross-Motion and Opposition

January 16, 2013 – Plaintiff's Response/Reply

February 6, 2013 – Federal Defendants' Reply

   IT IS FURTHER ORDERED, that further extensions will not be allowed.

DATED: November 26, 2012

B. Lynn Winmill
Chief Judge
United States District Court