IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, <br><br> Plaintiff, <br><br> vs. <br><br> **U.S. FISH AND WILDLIFE SERVICE**, **NOAA FISHERIES**, **U.S. FOREST SERVICE**, **JACK WHITWORTH**, and **WHITWORTH RANCHES, INC.**, <br><br> Defendants. | Case No. 4:12-CV-197-BLW <br><br> **ORDER SETTING ASIDE ENTRY OF DEFAULT** |

**UPON CONSIDERATION** of the Motion to Set Aside Entry of Default filed by Defendants Jack Whitworth and Whitworth Ranches, Inc., and finding good cause for entry of the relief requested thereby;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion to Set Aside Entry of Default filed by Defendants Jack Whitworth and Whitworth Ranches, Inc. (Docket no. 34) be and is hereby **GRANTED**, and it is further **ORDERED** as follows:

1. That the entries of default entered against Defendants Jack Whitworth and Whitworth Ranches, Inc., at docket nos. 26 and 27, be and are hereby set aside; and

2. That Defendants Jack Whitworth and Whitworth Ranches, Inc. shall file a responsive pleading within ten (10) days of the date this Order is entered; and

ORDER SETTING ASIDE ENTRY OF DEFAULT - 1

3. That Defendants Jack Whitworth and Whitworth Ranches, Inc. are subject to the Court's existing orders regarding motions practice and the litigation order, and shall specifically abide by the existing summary judgment briefing schedule and abide by all deadlines applicable to the Federal Defendants.

DATED: **November 26, 2012**



B. LYNN WINMILL
Chief Judge
United States District Court