## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE, NOAA FISHERIES, U.S. FOREST SERVICE, JACK WHITWORTH, and WHITWORTH RANCHES, INC.<br><br>  Defendants. | CASE NO. 4:12-cv-197-BLW<br><br>**ORDER APPROVING JOINT MOTION TO STAY** |

Plaintiff and the Federal Defendants have submitted to the Court a Joint Motion regarding a stay of the instant litigation.

IT IS ORDERED that the Joint Motion (docket no. 41) is GRANTED and that this action is STAYED for 60 days.

DATED: December 14, 2012

B. Lynn Winmill
Chief Judge
United States District Court